UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CONNIE FALCONER,**

        Plaintiff,

v.                          **CASE NO.:**

**INFANTE'S SERVICES, INC, a
Florida Corporation, and
JORGE INFANTE,**

        Defendants.
_____/

## COMPLAINT

The Plaintiff sue the Defendants, Infante's Services, Inc, a Florida Corporation, and Jorge Infante, and states:

### GENERAL ALLEGATIONS

1.    The Plaintiff is a citizen of the State of Georgia. The Defendant, Infante's Services, Inc, a Florida Corporation, has its principal place of business in Hillsborough County, Florida, and the Defendant, Jorge Infante, is a permanent resident of Hillsborough County, Florida. The amount in controversy without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

2.    On or about February 10, 2011, the Defendant, Jorge Infante, operated a 1997 Freightliner Tractor with the knowledge and consent of the owner of said vehicle, Defendant, Infante Services, Inc., on Interstate 75 (SR 693A) approximately .2 miles north of its intersection with Gibsonton Drive in Hillsborough County, Florida.

3. At that time and place, the Defendant, Jorge Infante, negligently operated or maintained said motor vehicle causing it to collide with the motor vehicle in which the Plaintiff was a passenger.

4. As a direct and proximate result of the above referenced negligence, Plaintiff was caused to sustain severe, continuing and permanent injuries, including significant and permanent loss of an important bodily function, and/or permanent injury within a reasonable degree of medical probability, and/or significant and permanent scarring and disfigurement, and has in the past and will in the future suffer from the effects of said injuries, including pain and suffering, mental anguish, humiliation, embarrassment, loss of the capacity for the enjoyment of life, and has been and will be caused in the future to incur expenses in the care and treatment of said injuries, has activated or aggravated certain pre-existing conditions, and has in the past and will in the future experience loss of earnings and/or earning capacity.

5. Alternatively, should it be determined at the trial of this cause that the Plaintiff has not sustained a permanent injury as a result of the negligence of the Defendant, Jorge Infante, or has not otherwise satisfied the threshold requirements of the Florida No-Fault Act, the Plaintiff has nonetheless incurred or experienced certain economic losses as a direct and proximate result of the negligence of the Defendant, Jorge Infante, which have not been reimbursed by any collateral source.

WHEREFORE, Plaintiff, Connie Falconer, demands judgment for damages against the Defendants, Infante's Services, Inc., and Jorge Infante, jointly and severally, together with her court costs and requests a trial by jury on all issues so triable.

LAW OFFICES OF DONALD C. ANDERSON

s/Donald C. Anderson
Donald C. Anderson, Esquire
Florida Bar # 167380
2101- 5th Ave. No.
St. Petersburg, FL 33731
Tel.:  (727) 323-8886
Fax:  (727) 323-3252
Counsel for the Plaintiff
DCA@thedisabilityfirm.com